CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2017

JULIA C. DUDLEY, CLERK
BY: /s/ ___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

DAVID ALAN LANGREL,
    Plaintiff,

v.

SWVRJA-DUFFIELD, et al.,
    Defendants.

Civil Action No. 7:16-cv-00593

**MEMORANDUM OPINION**

By:  Hon. Michael F. Urbanski
      United States District Judge

    David Alan Langrel, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 while incarcerated. By its Order entered on December 22, 2016, the court advised plaintiff that a failure to update a mailing address after a transfer or release from incarceration will result in dismissal of this action.

    The court's mail to plaintiff has returned as undeliverable, and plaintiff has not contacted the court since January 2017. Plaintiff has failed to comply with the court's Order requiring an accurate mailing address, and therefore, the court finds that plaintiff failed to prosecute this action pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, the court dismisses the complaint without prejudice and denies all pending motions as moot. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); see also Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

    ENTER: This 5th day of June, 2017.

/s/ Michael F. Urbanski
United States District Judge